211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−52817−swr
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Robert Adams
   3986 Fieldview Road
   Lake Orion, MI 48360

Social Security No.:
   xxx−xx−4243

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be submitted on the most current official form as mandated by the Judicial Conference of the United States within **14** days from the date the bankruptcy petition was filed:

- ☐ Declaration and Signature of Non−Attorney Bankruptcy Petition Preparer (Form 19)
- ☑ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income Form 22C

| | |
|---|---|
| ☑ Attorney Disclosure of Compensation Statement | ☐ Schedule B |
| ☑ Certificate of Budget and Credit Counseling | Schedule C: |
| ☐ Declaration of Penalty of Perjury | ☐ Debtor |
| ☑ Statistical Summary of Certain Liabilities | ☐ Joint Debtor |
| ☑ Statement of Financial Affairs | ☐ Schedule D |
| ☑ Chapter 13 Plan | ☐ Schedule E |
| ☐ Tax ID | ☐ Schedule F |
| ☐ Application to Pay the Filing Fee in Installments | ☐ Schedule G |
| ☑ Declaration Concerning Debtor's Schedules | ☐ Schedule H |
| ☑ Summary of Schedules | ☐ Schedule I |
| ☑ Schedules A−J | ☐ Schedule J |
| ☐ Schedule A | |

The missing document(s) must be filed on or before **7/12/13** .

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 7/1/13

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                         United States Bankruptcy Court
                          Eastern District of Michigan
In re:                                                              Case No. 13-52817-swr
Robert Adams                                                        Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0645-2         User: clewi              Page 1 of 2            Date Rcvd: Jul 01, 2013
                             Form ID: defch13         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2013.
db            +Robert Adams,   3986 Fieldview Road,   Lake Orion, MI 48360-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 03, 2013**                        **Signature:** _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2013 at the address(es) listed below:
              Kevin W. Kevelighan    on behalf of Debtor Robert  Adams kwk@kevlaw.com
                                                                                             TOTAL: 1