B9I (Official Form 9I) (Chapter 13 Case) (12/12)      Case Number **13−52817−swr**

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

## Notice of
## Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 6/28/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Robert Adams
3986 Fieldview Road
Lake Orion, MI 48360

| Case Number | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: |
|---|---|
| **13−52817−swr** | xxx−xx−4243 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Kevin W. Kevelighan<br>P.O. Box 399<br>Bloomfield Hills, MI 48303<br>Telephone number: (248) 594−4467 | Krispen S. Carroll<br>719 Griswold<br>1100 Dime Building<br>Detroit, MI 48226<br>Telephone number: (313) 962−5035 |

## Meeting of Creditors
Date: **August 9, 2013**      Time: **09:00 AM**
Location: **211 West Fort St., Room 315, Detroit, MI 48226**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:

| For all creditors (except a governmental unit): **11/7/13** | For a governmental unit: 180 days (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)) |
|---|---|

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 10/8/13**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Hearing on Confirmation of Plan

**THE DEADLINE FOR FILING OBJECTIONS TO THE CONFIRMATION OF THE PLAN IS 21 DAYS FROM THE DATE FIRST SET FOR THE MEETING OF CREDITORS.**
The hearing on confirmation will be held:
Date: **9/25/13**, Time: **03:00 PM**, Location: **Courtroom 1825, 211 West Fort Street Bldg., Detroit, MI 48226**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>211 West Fort Street<br>Detroit, MI 48226<br>Telephone number: 313−234−0065 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Katherine B. Gullo |
|---|---|
| Hours Open: Monday − Friday 08:30 AM − 4:00 PM | Date: 7/18/13 |

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

**The Court will dismiss this case without a hearing if the debtor(s) do not timely file all required documents and if no request for a hearing on dismissal is filed within 21 days after the petition is filed. The Clerk will give notice of the hearing on dismissal only to the party requesting the hearing, the debtor and the trustee.**

In re:                                                                                Case No. 13-52817-swr
Robert Adams                                                                          Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2     User: jkwia     Page 1 of 2     Date Rcvd: Jul 18, 2013
                         Form ID: b9i     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2013.
```
db            +Robert Adams,    3986 Fieldview Road,    Lake Orion, MI 48360-2500
tr             Krispen S. Carroll,    719 Griswold,    1100 Dime Building,    Detroit, MI  48226
22213204      +3986 Fieldview LLC,   c/o Guozhen Sharick,    2400 Pond Valee Drive,
                Oakland Township, MI 48363-2946
22213205      +American Express Blue,    200 Vesey Street,    New York, NY 10080-0001
22213209      +Elizabeth Adams,    3340 Crestwater Court, #1706,    Rochester Hills, MI 48309-2779
22213210      +Financial Partners Credit Union,    7800 East Imperial Hwy,    Downey, CA 90242-3457
22213211       First Bank,    11901 Olive Boulevard,    Creve Coeur, MO 63141-6777
22213212       First Bank and Trust,    P.O. Box 1830,    Covington, LA 70434-1830
22209506      +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
22213214       GMAC Mortgage Corporation,    c/o Schneiderman & Sherman P.C.,    23938 Research Drive, Suite 300,
                Farmington Hills, MI 48335-2605
22213217       Keith G. Tatarelli,    1800 Crooks Rd, Suite C,    Troy, MI 48084-5311
22213219      +U.S. Attorney, E.D. Mich.,    211 W. Fort St., Suite 2000,    Attn: Civil Division - IRS,
                Detroit, MI 48226-3269
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: kwk@kevlaw.com Jul 18 2013 21:56:13     Kevin W. Kevelighan,   P.O. Box 399,
                Bloomfield Hills, MI  48303
22213206       EDI: BECKLEE.COM Jul 18 2013 21:43:00      American Express Centurion Bank,
                c/o Becket and Lee LLP,   PO Box 3001,    Malvern, PA 19355-0701
22213207       EDI: CHASE.COM Jul 18 2013 21:43:00      Chase Bank,   P.O. Box 15298,    Wilmington, DE 19850-5298
22213208       EDI: DISCOVER.COM Jul 18 2013 21:43:00      Discover Financial Services,   P.O. Box 6103,
                Carol Stream, IL 60197-6103
22213213       EDI: RMSC.COM Jul 18 2013 21:43:00      GE Capital Retail Bank,   P.O. Box 965004,
                Orlando, FL 32896-5004
22213215       EDI: HFC.COM Jul 18 2013 21:43:00      HSBC Bank USA, NA,   P.O. Box 2013,
                Buffalo, NY 14240-2013
22213216       EDI: IRS.COM Jul 18 2013 21:43:00      Internal Revenue Service,   SBSE/Insolvency Unit of IRS,
                PO Box 330500 - Stop 15,    Detroit, MI 48232
22213218      +E-mail/Text: focinfo@oakgov.com Jul 18 2013 21:56:36      Oakland County Friend of the Court,
                230 Elizabeth Lake Road,    Pontiac, MI 48341-1011
22216741       EDI: RECOVERYCORP.COM Jul 18 2013 21:43:00      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                               TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 20, 2013**                                **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0645-2           User: jkwia                Page 2 of 2              Date Rcvd: Jul 18, 2013
                               Form ID: b9i               Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2013 at the address(es) listed below:
         Kevin W. Kevelighan   on behalf of Debtor Robert  Adams kwk@kevlaw.com
         Krispen S. Carroll   notice@det13ksc.com, ecfinfo@det13ksc.com
                                                                                                  TOTAL: 2