**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**IN RE:**

**ROBERT ADAMS,**

              **Debtor .**

Chapter 13
Case No. 13-52817
Judge: MARK A. RANDON

**DEBTOR'S CERTIFICATION OF INFORMATION REGARDING DISCHARGE**

The Chapter 13 debtor, being first duly sworn, provides the following:

1. Has the Debtor completed an instructional course concerning personal financial management as provided in 11 U.S.C. Section 111 or is the Debtor exempt from completing such a course pursuant to 11 U.S.C. Section 1328(g)(2)*(check one):*

    NO _____  YES \_\_\_X\_\_\_\_  EXEMPT _____

2. Has any debt been determined to be non-dischargeable or is any action currently pending to determine a debt to be non-dischargeable pursuant to:? *(check one):*

| Section | YES | NO |
|---|---|---|
| 11 U.S.C. Section 523(a)(2) |  | X |
| 11 U.S.C. Section 523(a)(4) |  | X |
| 11 U.S.C. Section 523(C) |  | X |

    If you answered "yes" to any of the above, please identify the creditor and the legal basis for the action

    Name of Creditor: _____  ☐ 11 USC § 523(a)(2)
    Address of Creditor: _____  ☐ 11 USC § 523(a)(4)
    _____  ☐ 11 USC § 523(C)
    City, State and ZIP: _____

    If more space is needed, please attach a separate sheet.

3. Has any debt been reaffirmed pursuant to 11 U.S.C. Section 524(c)? *(check one):*

    NO _____X\_\_\_\_  YES _____  *If YES, please state*

    Name of Creditor: _____
    Address of Creditor: _____
    _____
    City, State and ZIP: _____

    If more space is needed, please attach a separate sheet.

4. Debtor's Current Address: 3986 Fieldview Road, Lake Orion, MI 48360

   Name of Debtor's
   Current Employer: P&C Group 1, Inc.

   Debtor's Current
   Employer's Address: 37000 west Twelve Mile, Suite 105

   Farmington Hills, MI  48331

**DISCLOSURE OF DOMESTIC SUPPORT OBLIGATIONS (as defined in 11 U.S.C. Section 101(14A))**

Is the Debtor currently paying or is required to pay alimony, maintenance or support to or on behalf of a spouse, former spouse or child *(check one)*:

YES __X__   NO _____

**If YES:**

1. list the Name and Address of each Spouse, Former Spouse or Child to or for whom alimony, maintenance or support is paid or required to be paid (if more space is needed, please attach a separate sheet):

   Name    Elizabeth A. Adams

   Address    147 Old Perch Road

   City    Rochester Hills    State    Michigan    ZIP code  48309

   Phone No. 248-495-9349    Account Number  11-791586-DM

2. **DEBTOR HEREBY CERTIFIES THAT DEBTOR** *(check one)* **(_X_ HAS) ( HAS NOT) PAID ALL AMOUNTS ON OR IN CONNECTION WITH A DOMESTIC SUPPORT OBLIGATION THAT CAME DUE ON OR BEFORE THE DATE OF THIS CERTIFICATION INCLUDING AMOUNTS DUE BEFORE THE PETITION WAS FILED**

**CERTIFICATION**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

*/s/ RMA*

Robert M. Adams                                    December 1, 2016
Debtor's Signature                                 Date